# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2596
_____

United States of America

*Plaintiff - Appellee*

v.

Tywon Harris

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 19, 2024
Filed: November 22, 2024
[Unpublished]
_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Tywon Harris appeals the within-Guidelines sentence the district court[1]
imposed after he pled guilty to aiding and abetting the discharge of a firearm during

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern
District of Missouri.

a crime of violence, causing the murder of a person. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning whether the appeal waiver in the plea agreement was entered knowingly and voluntarily. Upon careful review, we conclude that the plea agreement was entered knowingly and voluntarily. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review); <u>United States v. Andis</u>, 333 F.3d 886, 890-91 (8th Cir. 2003) (en banc) (district court can ensure plea agreement is knowing and voluntary by questioning defendant about decision to enter into agreement).

Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we affirm and grant counsel's motion to withdraw.

_____